**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-1662**

_____

CLARENCE MOORE,

Plaintiff - Appellant,

versus

RICHMOND NURSING HOME; BORIS T. SIMMONS,
Police Officer, 1312-6,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Richard L. Williams, Senior
District Judge.   (CA-99-683)

_____

Submitted:  August 29, 2002        Decided:  September 4, 2002

_____

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Clarence Moore, Appellant Pro Se.  Keith Allen May, CITY ATTORNEY'S
OFFICE, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Clarence Moore appeals the district court's order denying his motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Moore v. Richmond Nursing Home</u>, No. CA-99-683 (E.D. Va. May 28, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>